# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 26-2262, United States v. Kris Warner |
| **Originating No. & Caption** | 2:26-cv-00156, United States v. Kris Warner |
| **Originating Court/Agency** | Southern District of West Virginia (Charleston Division) |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1291 | |
| Time allowed for filing in Court of Appeals | 60 days, FRAP 4(a)(1)(B)(i) | |
| Date of entry of order or judgment appealed | 7/13/2026 | |
| Date notice of appeal or petition for review filed | 9/9/2026 | |
| If cross appeal, date first appeal filed | | |
| Date of filing any post-judgment motion | | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ◉ Yes | ○ No |

If appeal is not from final judgment, why is order appealable?
The Clerk has not entered a final judgment. However, the Court's Memorandum Opinion and Order filed on 7/13/2026 denied the United States' Motion to Compel and granted Defendant's Motion to Dismiss, which dismissed the only claim for relief in the Complaint.

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ◉ No |

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ◉ No |
| Has transcript been filed in district court? | ○ Yes | ◉ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | No. 26-1878, No. 26-2002 | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ◉ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

The United States brought this suit to compel West Virginia to produce an unredacted, electronic copy of its state voter registration list (SVRL) under Title III of the Civil Rights Act (CRA). The production was requested to investigate West Virginia's compliance with the National Voter Registration Act of 1993 (NVRA) and the Help America Vote Act of 2002 (HAVA). Section 301 of Title III requires "[e]very officer of election [to] retain and preserve ... all records and papers which come into his possession relating to any application, registration, payment of poll tax, or other act requisite to voting in [a federal] election." 52 U.S.C. 20701. West Virginia's SVRL fits comfortably within the plain and ordinary scope of that text.

The Attorney General, acting through the Department of Justice (DOJ), sent a demand to produce West Virginia's SVRL to the Secretary of State for the State of West Virginia, Kris Warner (Secretary Warner). Under Section 303 of Title III, "upon demand in writing by the Attorney General or his representative," the custodian of any such "record or paper" must make the same "available for inspection, reproduction, and copying." 52 U.S.C. 20703. "This demand shall contain a statement of the basis and the purpose therefor." Ibid. (Continued)

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

The main issues on appeal are:

The Attorney General's authority (through DOJ) to demand an electronic, unredacted copy of West Virginia's SVRL under Title III.

Whether the written demand DOJ made satisfied the minimal requirements of Title III.

Any limitations imposed on that demand by federal privacy laws.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| | |
|---|---|
| Adverse Party: Kris Warner<br><br>Attorney: Caleb Allen Seckman<br>Address: Office of the WV Attorney General<br>State Capitol Building 6, Room 432<br>1900 Kanawha Blvd. East<br>Charleston, West Virginia 25305<br><br>E-mail: caleb.a.seckman@wvago.gov<br><br>Phone: (304) 558-2021 | Adverse Party: Kris Warner<br><br>Attorney: Michael Ray Williams<br>Address: Office of the WV Attorney General<br>State Capitol Building 1, Room 26e<br>1900 Kanawha Blvd. East<br>Charleston, West Virginia 25303<br><br>E-mail: michael.r.williams@wvago.gov<br><br>Phone: (304) 558-2021 |

**Adverse Parties (continued)**

| | |
|---|---|
| Adverse Party: See Attachment<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |

**Appellant** (Attach additional page if necessary.)

| | |
|---|---|
| Name: United States of America<br><br>Attorney: Andrew G. Braniff<br>Address: U.S. Department of Justice<br>Ben Franklin Station<br>P.O. Box 14403<br>Washington, D.C. 20044-4403<br><br>E-mail: andrew.braniff@usdoj.gov<br><br>Phone: (202) 532-3803 | Name: United States of America<br><br>Attorney: David N. Goldman<br>Address: U.S. Department of Justice<br>Ben Franklin Station<br>P.O. Box 14403<br>Washington, D.C. 20044-4403<br><br>E-mail: david.goldman@usdoj.gov<br><br>Phone: (202) 616-9405 |

**Appellant (continued)**

| | |
|---|---|
| Name: United States of America<br><br>Attorney: Michael T. Hayes<br>Address: U.S. Department of Justice<br>Civil Rights Division, Appellate Section<br>500 State Avenue, Suite 360<br>Kansas City, Kansas 66101<br><br>E-mail: michael.hayes6@usdoj.gov<br><br>Phone: (202) 805-7671 | Name: United States of America<br><br>Attorney: James Thomas Tucker<br>Address: U.S. Department of Justice<br>Civil Rights Division, Voting Section<br>150 M Street, N.E., Seventh Floor<br>Washington, D.C. 20530<br><br>E-mail: james.t.tucker@usdoj.gov<br><br>Phone: (202) 307-2767 |

**Signature:** /s/ James Thomas Tucker **Date:** 9/29/2026

**Counsel for:** United States of America

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on ____________ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| | |
| Signature: | Date: |

**Docketing Statement Continuation Sheet**

***United States v. Warner*, Case No. 26-2262**

## Nature of the Case (continued)

Secretary Warner refused the DOJ's demand, and so the United States brought this lawsuit. 52 U.S.C. 20705.

The District Court dismissed the United States' Complaint, and the United States appealed.

**Additional Adverse Parties (Movant Intervenor-Defendants)**[1]

West Virginia Alliance for Retired Americans

West Virginia Citizen Action Group

**Counsel**

**Christina L. Smith**
Powell & Majestro
405 Capitol Street, Suite P-1200
Charleston, West Virginia 25301
Phone: (304) 346-2889
E-mail: csmith@powellmajestro.com
Representing Movant West Virginia Alliance for Retired Americans

**Elisabeth C. Frost**
Elias Law Group
250 Massachusetts Ave., N.W., Suite 400
Washington, D.C. 20001
Phone: (202) 968-4513
E-mail: efrost@elias.law
Representing Movant West Virginia Alliance for Retired Americans

**Graham B. Platz**
Powell & Majestro
405 Capitol Street, Suite P-1200
Charleston, West Virginia 25301
Phone: (304) 881-5885
E-mail: gplatz@powellmajestro.com
Representing Movant West Virginia Alliance for Retired Americans

**Julianna D. Astarita**
Elias Law Group
250 Massachusetts Ave., N.W., Suite 400
Washington, D.C. 20001
Phone: (202) 968-4509
E-mail: jastarita@elias.law
Representing Movant West Virginia Alliance for Retired Americans

---

[1] On July 15, 2026, the District Court denied as moot the motions to intervene by West Virginia Alliance for Retired Americans and West Virginia Citizen Action Group. *See* ECF 57.

**Lucas D. Lallinger**
Elias Law Group
250 Massachusetts Ave., N.W., Suite 400
Washington, D.C. 20001
Phone: (202) 968-4508
E-mail: 968-4508
Representing Movant West Virginia Alliance for Retired Americans

**Adriel I. Cepeda Derieux**
American Civil Liberties Union Foundation
915 15th Street, N.W.
Washington, D.C. 20005
Phone: (202) 457-0800
E-mail: acepedaderieux@aclu.org
Representing Movant West Virginia Citizen Action Group

**Aubrey Sparks**
ACLU of West Virginia
P.O. Box 3952
Charleston, West Virginia 25339
Phone: (304) 202-3616
E-mail: asparks@acluwv.org
Representing Movant West Virginia Citizen Action Group

**Daniel S. Lenz**
Campaign Legal Center
1101 14th Street, N.W., Suite 400
Washington, D.C. 20005
Phone: (202) 736-2200
E-mail: dlenz@campaignlegalcenter.org
Representing Movant West Virginia Citizen Action Group

**Justin Lam**
Brennan Center for Justice at NYU School of Law
777 6th St., N.W., Suite 1100
Washington, D.C. 20001
Phone: (202) 753-5911
E-mail: lamju@brennan.law.nyu.edu
Representing Movant West Virginia Citizen Action Group

**Maura Eileen O'Connor**
Brennan Center for Justice at NYU School of Law
777 6th St., N.W., Suite 1100
Washington, D.C. 20001
Phone: (202) 679-5893
E-mail: oconnore@brennan.law.nyu.edu
Representing Movant West Virginia Citizen Action Group

**Renata M. O'Donnell**
Campaign Legal Center
1101 14th Street, N.W., Suite 400
Washington, D.C. 20005
Phone: (202) 736-2200
E-mail: rodonnell@campaignlegalcenter.org
Representing Movant West Virginia Citizen Action Group

**Robb Livingood**
ACLU of West Virginia
606 Virginia Street East
Charleston, West Virginia 25301
Phone: (304) 777-8879
E-mail: rlivingood@acluwv.org
Representing Movant West Virginia Citizen Action Group